BEFORE THE FIRST DIVISION, OCTOBER 16, 1968

**No. P68/437.**—Hi Test Twist Drill Works, Inc., et al. *v.* United States, protests 66/8527, etc. (New York).

WATSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of plastic cases or containers similar in all material respects to those the subject of *Marmax Trading Corp.* v. *United States* (58 Cust. Ct. 255, C.D. 2955), the claim of the plaintiffs was sustained.

**No. P68/438.**—Inter Maritime Fwdg. Co., Inc., et al. *v.* United States, protests 67/25846, etc. (New York).

WATSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of sheepskin coats or jackets similar in all material respects to those the subject of *Abercrombie ¼ Fitch Co.* v. *United States* (59 Cust. Ct. 122, C.D. 3093), the claim of the plaintiffs was sustained.